SEALED

E-FILED
Wednesday, 05 February, 2020 03:12:24 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 0 5 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRISTIAN BOTTOMS, )<br>)<br>Defendant. ) | CRIM. NO. 20-30012<br><br>VIO: 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Distribution of 5 Grams or More of Methamphetamine (Actual))

On or about December 10, 2019, in Sangamon County, in the Central District of Illinois,

**KRISTIAN BOTTOMS**,

the defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO
(Distribution of 5 Grams or More of Methamphetamine (Actual))

On or about December 11, 2019, in Sangamon County, in the Central District of Illinois,

**KRISTIAN BOTTOMS**,

the defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## SPECIAL FINDINGS

In connection with the offenses set forth in Counts One and Two of this Indictment, the following factors are relevant to determining the sentence of the defendant, **KRISTIAN BOTTOMS,** pursuant to Title 21, United States Code, Section 851.

1. The defendant was convicted of Possession of Methamphetamine Manufacturing Materials in Sangamon County Illinois Circuit Court Case No. 2004-CF-763, a Serious Drug Felony offense, and as a result:

    a. The defendant faced a possible sentence of 10 years or more of imprisonment;

b. The defendant served a term of imprisonment of more than 12 months; and

c. The defendant was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One and Two of this Indictment.

A TRUE BILL,

s/ Forepreson
_____
FOREPERSON

s/ John C. Milhiser
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
MZW